IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 MAY 16 A 10: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Johnson
Full name and prison number of plaintiff(s)

v.

Asst Warden Thomas
Capt Bishop
Sgt Ramsey
Greg Pierce
Name of person(s) who violated your constitutional rights. (List the names of all the persons)

CIVIL ACTION NO. 2:05CV446-F
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) N/A
Defendant(s) ______

2. Court (if federal court, name the district; if state court, name the county)
______

3. Docket No. N/A

4. Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
N/A

6. Approximate date of filing lawsuit 3-7-05

7. Approximate date of disposition 2-25-05

II. PLACE OF PRESENT CONFINEMENT Holman Prison

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
Holman Prison

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Asst Warden Thomas | P.O. Box 3700 Atmore A/A |
| 2. | Capt Bishop | P.O. Box 3700 Atmore A/A |
| 3. | Sgt Ramsey | P.O. Box 3700 Atmore A/A |
| 4. | Gres Pierce | P.O. Box 3700 Atmor A/A |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
3-7-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was assaulted by officer Pierce cause at disciplinary court I would not plead

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Guilty to a Disciplinary for Prossession of Contraband and that I would take my Disciplinary to the free world court And Him and officer Handay Escorted me back to my cell I had

GROUND TWO: HAND CUFFS ON AND I WAIT IN MY CELL AND THAN MY BACK AND HIM AND OFFICERS

SUPPORTING FACTS: HADLEY COME TO MY SELF AND HE HIT ME WITH HIS FIST IN MY FACE THE LEFT SIDE OF MY JAW WAS BROKE AND SHOULDER MY NECK AND SHOULDER WAS ALSO HURT I TOLD EACH ONE OF THOSE OFFICERS HERE AND SGT RAMSEY

GROUND THREE: REFUSED TO TALK TO ME I TOLD CAPT BISHOP AND HE ACTED LIKE HE DID NOT HEAR AND

SUPPORTING FACTS: I TOLD THE ASST WARDEN Thomas ALSO AND HE DID NOT DO OR SAY ANY THING ABOUT THIS MATTER

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
COMPENSATORY IN DAMAGES 70000 DOLLARS 10000 DOLLARS IN PUNITIVE DAMAGES AND A TEMPORARY RESTRAINING ORDER ISSUED ON THIS OFFICER

3-7-05 ROBERT L JOHNSON
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-7-05.
(date)

ROBERT L JOHNSON
Signature of plaintiff(s)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED 3/23/05

NOTARY PUBLIC [signature]
My Commission Expires July 17, 2008

ROBERT L JOHNSON
123451 71-D-3

TO THE BEST OF MY KNOWLEDGE THE AFOREMENTIONED FACT ARE TRUE AND CORRECT SWORN AND SUBSCRIBED BEFORE ME THIS DAY 23 MARCH 2005

They did not have any more § 1983 forms at this prison I wrote the clerk of federal court of Montgomery for some forms, Robert L Johnson 123451 11-D-3 P.O. Box 3700 Atmore, Ala 36503

1983 Form

# In the United States District Court For the [redacted] District of Alabama

RECEIVED
2005 MAY 16 A 10: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert L Johnson

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Asst Warden Thomas
Capt Bishop
Sgt Ramsey
Sgt Pierce

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): N/A

Defendant(s)

2. Court (if Federal Court, name the district; if State Court, name the county)

N/A

3. Docket Number N/A

4. Name of judge to whom case was assigned N/A

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant ASST WARDEN Thomas

is employed as ASST WARDEN

at Holman PRISON

C. Additional Defendants CAPT Bishop SGT RAMSEY
OFFICER GREAS PIERCE

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

ON THE 3-3-05 I WENT TO DISCIPLIARY COURT FOR RULE 64 POSSESSION OF CONTRABAND AND I TOLD THE HEARING OFFICER THAT I WISH TO ~~NOT~~ PLEA NOT GUILTY, AND THAT NO ONE SAW ME WITH ANY SORT TOBBACCO PRODUCTS AND OFFICER GREASPIRCE THE ONE THAT WROTE ME THE DISCIPLIARY GOT MAD WHEN I TOLD THEM THAT I WAS GOING TO TAKE THIS MATTER TO THE COURT, AND I WAS ESCORTED BACK TO MY CELL BY OFFICER PIERCE AND OFFICER HANDEY, AS I WENT INTO MY CELL AND TURN MY BACK TO LET THEM TAKE OFF

The HAND CUFFS officer piece want to Hit me with His fist in my face and Jam in my Hand The Right side of my face And choking me, This officer Haddock Just stood there And did not do any thing To stop Him or any things, I was Escorted

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compasation Damages 270,000 Dollors
10,000 Dollors in punitive Damages
And A Temporary Restrotions order Issued on This officer.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-7-05
(date)

Robert L Johnson
123451 11-D-3
P.O. Box 3700
Atmore Ala 36503

"

Signature(s)