to the shift officer to talk to SGT Ramsey and he refused to talk to me about this incident and pretending like it did not happen, I tried to talk to Capt Bishop about this matter and he refused to talk to me, I talked to Asst Warden Thomas and he acted like he did not know that this incident took place & I have filed a state Habeas Corpus on both of disciplinary that I was wrote, Rule 64 possission ot contraband and Rule 56 Failure to obey a direct order,

Sincerly
Robert L Johns
123451 11-D-3
P.O. Box 3700
Atmore, Alabama
36503

ALDOC Form 225B  **ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. INMATE: Johnson, Robert          CUSTODY: MED        AIS NO. B/123451X
   Last      First    Middle       DISCIPLINARY # HP05-0187
2. FACILITY: W. C. Holman Correctional Facility
3. The above inmate is being charged by COI Greg Pierce with a violation of Rule # 64 specifically Possession of Contraband from regulation # 403 which occurred on or about February 23, 2005 at (time) 8:40 a.m., Location: S-9 gate – Health Care Unit gate. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: Inmate Robert Johnson B/123451X did have one envelope containing approximately one pack of Bugler tobacco products. Tobacco products are not allowed in Segregation.

   Date: 2/25/05                    Greg Pierce / COI
                                    Arresting Officer/Signature/Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present written or oral statement at the hearing and to present written questions for the witnesses on this the 25 day of Feb, 2005 at (time) 9:20 (am/pm).

   _____ CcI              Robert Johns 123451
   Serving Officer/Signature Rank    Inmate's Signature/AIS Number

6. Witnesses desired?  NO _____  YES Robert L John____
                       Inmate's Signature            Inmate's Signature
7. If yes, list Nurse Johnson, Nurse LaGear, Inmate James Stewart
8. Hearing Date_____ Time_____ Place_____
9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on an additional page and attach.
10. A finding is made that inmate (is/is not) capable of representing himself.

    _____
    Signature/Hearing Officer

11. Plea: _____ Not Guilty  _____ Guilty.
12. The Arresting Officer, inmate and all witnesses were sworn to tell the truth.

    _____
    Signature/Hearing Officer
13. Arresting Officer's Testimony (at the hearing):_____
_____
_____
_____
_____

14. Inmate's Testimony:_____
_____
_____
_____

Annex C to AR 403 (Page 1 of 3 pages)

ALDOC Form 225B

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

1. INMATE: Johnson, Robert            CUSTODY: MED     AIS NO. B/123451X
            Last    First   Middle              DISCIPLINARY # HP05-0217
2. FACILITY: W. C. Holman Correctional Facility
3. The above inmate is being charged by COI Greg Pierce
   with a violation of Rule # 56 specifically Failure to obey a direct order
   from regulation # 403 which occurred on or about
   March 2, 2005 at (time) 1:40 p.m., Location:
   Cell #11-D-3 Segregation Annex                  . A hearing on this
   charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: Inmate Robert Johnson
   B/123451X failed to obey a direct order by failing to return the handcuffs to
   Officer Greg Pierce.
   Date: 03/04/05                    Greg Pierce COI 03/04/05
                                     Arresting Officer/Signature/Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the
   above named inmate and I informed inmate of his/her right to present written or
   oral statement at the hearing and to present written questions for the witnesses
   on this the 5th day of March, 2005 at (time) 12:40 (am/pm).
   Bobby K. Lane COI              Robert L Johnson 123451
   Serving Officer/Signature Rank    Inmate's Signature/AIS Number

6. Witnesses desired?  NO Robert L Johnson        YES _____
                         Inmate's Signature           Inmate's Signature
7. If yes, list _____
8. Hearing Date _____ Time _____ Place _____
9. Inmate must be present in Hearing Room. If he/she is not present explain in
   detail on an additional page and attach.
10. A finding is made that inmate (is/is not) capable of representing himself.

                                    _____
                                    Signature/Hearing Officer

11. Plea: _____ Not Guilty _____ Guilty.
12. The Arresting Officer, inmate and all witnesses were sworn to tell the
    truth.
                                    _____
                                    Signature/Hearing Officer
13. Arresting Officer's Testimony (at the hearing): _____
_____
_____
_____
_____

14. Inmate's Testimony: _____
_____
_____
_____
_____

                                    Annex C to AR 403 (Page 1 of 3 pages)

ALDOC Form 225B
ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

1. INMATE: Johnson, Robert                    CUSTODY: MED        AIS NO. B/123451X
          Last      First    Middle           DISCIPLINARY # HP05-0217
2. FACILITY: W. C. Holman Correctional Facility
3. The above inmate is being charged by COI Greg Pierce
   with a violation of Rule # 29 specifically Assault on a person associated with
   the ADOC                from regulation # 403  which occurred on or about
        March 2        , 2005 at (time) 1:40 p.m.,         Location:
   Cell #11-D-3                                          . A hearing on this
   charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: Inmate Robert Johnson
   B/123451X did assault Officer Greg Pierce by kicking him on his left thigh.

   Date: 3/9/05                              _Greg Pierce COI_
                                             Arresting Officer/Signature/Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the
   above named inmate and I informed inmate of his/her right to present written or
   oral statement at the hearing and to present written questions for the witnesses
   on this the 9 day of March , 2005 at (time) 7:35 (am/pm).

   _____ COI          Refused to Sign (_____)
   Serving Officer/Signature Rank        Inmate's Signature/AIS Number

6. Witnesses desired? NO _Refused to Sign_____ YES_____
                        Inmate's Signature              Inmate's Signature
7. If yes, list_____
   _____
8. Hearing Date_____Time_____Place_____
9. Inmate must be present in Hearing Room. If he/she is not present explain in
   detail on an additional page and attach.
10. A finding is made that inmate (is/is not) capable of representing himself.

                              _____
                              Signature/Hearing Officer

11. Plea:_____ Not Guilty _____ Guilty.
12. The Arresting Officer, inmate and all witnesses were sworn to tell the
    truth.

                              _____
                              Signature/Hearing Officer
13. Arresting Officer's Testimony (at the hearing):_____
    _____
    _____
    _____
    _____

14. Inmate's Testimony:_____
    _____
    _____
    _____

                                             Annex C to AR 403 (Page 1 of 3 pages)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Robert L Johnson    Date of Request: 3-6-05
ID # 123451    Date of Birth: 11-27-59    Location: 11-D-3
Nature of problem or request: Left side of my jaw is swollen, my right ear at the top is hurting real bad, my neck is also hurting real bad.

Robert L Johnson
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 3/4/05
Time: 0900 AM PM
Allergies: NKDA

**RECEIVED**
Date: 3/4/05
Time: 0215
Receiving Nurse Initials: ___

(S)ubjective: I got hit in the jaw & in the shoulder & now my lower part of my jaw & chest by my neck is hurting real bad

(O)bjective (V/S): T: 98.2    P: 74    R: 18    BP: 130/70    WT: ___
Indicates pain (R) shoulder, neck + (L) lower jaw, no swelling noted. P.S. 8, can turn neck side to side, chin to chest c̄ pain

(A)ssessment:
Alt in comfort R/T c/o pain

(P)lan:
MD to review
E- Take warm cloths to sore, N.A. Joint pain
areas

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment  (Return to Clinic PRN)
CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

L. Ros, PN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Robert L Johnson    Date of Request: 3-10-05
ID# 123454    Date of Birth: 11-27-59   Location: 11-D-3
Nature of problem or request: Xes Heart Need To Be put Back
on my medicine And Thoat and Ears Are Hurting
Real Bad,

Robert L Johnson
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 3/9/05
Time: 1635 AM (PM)
Allergies: NKA

RECEIVED
Date: 3/9/5
Time: 0500
Receiving Nurse Initials MB

(S)ubjective: Having Problems with my sinus and my head be hurting, Will that be hurting Right ear

(O)bjective (V/S): T: 98'  P: 64  R: 18  BP: 144/90  WT: N/A
Ambulated to clinic with steady gait, Right ear has excessive wax that clear no redness no drg noted. Getty dress to leg of day

(A)ssessment:
Alteration in comfort

(P)lan: Nursing pushed for excessive wax + headache.
E- apply cool compress to head, dont put anything in ear.

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( 9 )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No (4)
Was MD/PA on call notified:  Yes ( )  No (4)

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

## Prison Health Services
### Inmate Informal Grievance

NAME: Robert L John       AIS #: 123451       UNIT: 11-D-3       DATE: 2-3-05

**PART A—Inmate Complainant**

I had a officer nom. Skaropriac to attack me when I came from disciplinary court and broke my jaw and my neck and hurt my shoulder, and refused to take me to get x-ray sort or medical treatment.

INMATE SIGNATURE: Robert L Johnson

**PART B—RESPONSE**       DATE RECEIVED: _____

Mr. Johnson after checking into your statement opportunity I learned you were given the opportunity to come to the infirmary but refused to come. If you have a problem with the infirmary then you need to report to ADOC. —CW—

MEDICAL STAFF SIGNATURE: C. Gandy RN HSA

DATE: 3/3/05

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☒ | ☐ |

11/03 - Alabama

Statment of Disciplinary Board was found gulty of failure to obey a direct order given 30 days disciplinary ses, for assault on a Doc 45 disciplinarys ses, 45 days store and phone privilages and a recommendation to IAD Investigation. I have already wrote IAD Investigation

Sincerly
Robert L Johnson
123451 11-D-3
P.O. Box 3700
Atmore AlA
35023

Robert Johnson          3/02/05
                        HP05-0187

Robert L Johnson 123951
64 possion of contraband
Question for disciplinary board
Nurse Johnson did you see officer Pierce get
any sort ou tobacco off of me in the Hospital
Nurse Johnson did you hear officer Pierce
say anything about any sort of tobaco
products? I don't know anything about it.
Nurse Lasper did you see officer Pierce
get any tobacco off ou me? Refused to
Attend hearing.
Nurse Lasper did you hear officer Pierce
say anything about me about some tobacco?
Refused to Attend. Don't know anything about;
James Stewart did you give me any sort
of tabacco on the Hall way? The man is
dead. He would not give it back.
James Stewart did I not talk to you
About getting out of lock up. The man is
dead,
Officer Pierce did you see anyone give me
some tobaco on the Hall way? Inmate Stewart
put it in your pocket,
Officer Pierce you say that I had a
envelope of tabacco where is it now?

Robert Johnson

Statement of Accused

3/02/05
HP05-0187

Robert L Johnson 123451
Rule 64 possession of contraband
statment for disciplinry board
I did not or did anyone give me any sort
of tobbacco products while I was on the hall
way at no time did I recive any sort
of tobbacco from anyone.

Sincerly
Robert L Johnson
123451 11-D-3

Robert L Johnson 123451

Rule 56 Failure to obey a direct order
 Statement for Disciplinary Board

I was never given a order to give any handcuffs back, cause before I know it I went inside my cell and this officer attacked me for not set back handcuffs when I come back from disciplinary court and by him writing this disciplinary is one way to justify what he did. I have wrote the Federal Bureau of Investigat and I and investigation in Montgomery to have charges placed on this officer and a civil action lawsuit that I am in the process of filing for him assaulting me, and for none ov the officers doing anything about it. So all ov this will go to the Free world court and see what they say about this sort ov behavior from this officer.

Robert L Johnson
123451  11-D-3

Robert Johnson 123451
Rule 56 Failure to Obey A Direct Order
Questions for Disciplinary Board.

1. Officer Pierce at what point did you give me a order to give handcuffs back before or after you attack me? *once he enter the cell. He told me he wasn't going to give me the cuffs. I ordered him to and he refused.*

2. Officer Pierce why did you another officer Hadley come into my cell for? *To get the handcuffs. Officer Hadley didn't*

3. Officer Pierce is this normal DOC policy when a inmate refused a order is to jump and attack him cause he refused a order? N/A

2). Officer Pierce why did not the officer in the cubicle close the door before you and officer Hadley come into my cell?
  I dont know if Officer Hadley came into the cell or not. I know I ordered him to give me the cuffs and he refused so I went in his cell and took them.

05-0217

Roobert L Johns~ 123451
R46029 Assault on a person associated with DOC,

STATMENT of DISCIPLIARY

I DID NOT KICK THIS OFFICER PIERCE ON HIS LEFT THISH, HOW COULD I HAVE DONE THIS WHEN I WAS LAYING ON MY BED WHEN HE ATTACK ME AND HIT ME ON MY FACE WITH HIS FIST AND ON MY HEAD AND LEG, I DO NOT EXCEPT TO NOT BE FOUND NOT GUILTY OF THIS DISCIPLIARY CAUSE I HAVE IN FORM THE FBI AND IAND I Investigator ABOUT THIS MATTER AND FILEING A CIVIL ACTION LAWSUIT, SO IT IS NO PROBLEM WHAT EVER THAT THEY DECIDE TO DO I WILL LET THE FEDERAL PEOPLE DECIDE CAUSE I KNOW THAT THIS HAD TO BE DID TO JUSTIFY WHAT HAPPEN BUT IT DON'T STOP ME FOR DOING WHAT I HAVE TO DO,

Robert L Johnson 123457
R4CC29 Assault on a person Assaoited with the ADOC,

1. Officer Pierce when Did I kick you in Discipln Court or after? After court
2. Officer Pierce Did you come inside my cell you and officer Hadley? I did I Dn't know if Hadley did.
3. Officer Pierce is this Doc policy to assault and inmate that refused you say and order? N/A
4. Officer Pierce can you tell me what Leg that I yoused to kick you with the Left or Right leg? I don't know which leg.
5. Officer Pierce I know that I could not have kicked you siting on the Bed? He was on his bed and he kicked me.