AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____   District of   _____

*Robert L Johnson*
Plaintiff

V.

*State of Alabama*
Defendant *ETC PC*

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: *2:05CV446-F*

I, *Robert L Johnson* _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration *Holman Prison*

    Are you employed at the institution? *No*    Do you receive any payment from the institution? *No*

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?    ☐ Yes    ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *N/A*

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
        *6-7-97*

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount.  N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

___3-10-05___    ___Robert L Johnson___
Date                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# In the United States District Court
# For the ~~_____~~ District of Alabama

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Bobary L Johnson  123451_ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
      _N/A_

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
      _N/A_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No ( )
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritancess?   Yes ( )   No (✓)
   e. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _N/A_

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )   No (✓)   (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.
   _N/A_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the poroperty and state its approximate value.
   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   N/A

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on 3-7-05
   (date)

   Robert L Johns #123431
   Signature of Petitioner

   CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ 0.88 on account to his credit at the Holman C.F. institution where he is confined on this 3-10-05
   (date)

   I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

   1. $ 14.39   on the 1st day of September 2004
   2. $ 24.69   on the 1st day of October 2004
   3. $ 9.42    on the 1st day of November 2004
   4. $ 52.86   on the 1st day of December 2004
   5. $ 49.87   on the 1st day of January 2005
   6. $ 9.64    on the 1st day of February 2005

   C. Gray
   Authorized Officer of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 123451        NAME: JOHNSON, ROBERT LEON              AS OF: 03/10/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 21 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $1.97 | $26.14 |
| JUL | 31 | $5.80 | $0.00 |
| AUG | 31 | $20.23 | $50.00 |
| SEP | 30 | $14.39 | $45.00 |
| OCT | 31 | $24.69 | $45.00 |
| NOV | 30 | $9.42 | $40.00 |
| DEC | 31 | $52.86 | $72.00 |
| JAN | 31 | $49.87 | $40.00 |
| FEB | 28 | $9.64 | $0.00 |
| MAR | 10 | $0.83 | $0.00 |