IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT L. JOHNSON, #123451, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-446-F |
| | ) | WO |
| LEVAN THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the  Recommendation of the Magistrate Judge

entered on May 23, 2005(Doc. #4), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is TRANSFERRED to the United

States District Court for the Southern District of Alabama pursuant to the provisions of 28

U.S.C. § 1404.

DONE this 27th day of June, 2005.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE